UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTONE REYNOLDS,

    Plaintiff,

                                  File No.: 2:09-CV-144

v.

                                 HON. ROBERT HOLMES BELL

WARDEN DAVID BERGH, et al.,

    Defendants.
                            /

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On August 25, 2010, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Defendants' motions to dismiss for misjoinder of claims and parties (Dkt. Nos. 41, 45) be granted in part, that Plaintiff Antone Reynold's motion to amend his complaint (Dkt. No. 53) be granted, and that the case be dismissed against all Defendants except Defendants Warden David Bergh, ARUS Lynne Phillipson, Sergeant Patricia Belfry, RUO Steven Sharrett, RUO Todd Dejong, Sergeant Tim Lee, and RUO Christopher Feigle. (Dkt. No. 57, R&R) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the R&R (Dkt. No. 57) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss the complaint for misjoinder of claims and parties (Dkt. Nos. 41, 45) is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to amend his complaint (Dkt. No. 53) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** as to all Defendants **EXCEPT** Defendants Warden David Bergh, ARUS Lynne Phillipson, Sergeant Patricia Belfry, RUO Steven Sharrett, RUO Todd Dejong, Sergeant Tim Lee, and RUO Christopher Feigle.


Dated: September 20, 2010         /s/ Robert Holmes Bell
                                  ROBERT HOLMES BELL
                                  UNITED STATES DISTRICT JUDGE