UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTONE REYNOLDS,

    Plaintiff,

File No: 2:09-CV-144

v.

HON. ROBERT HOLMES BELL

UNKNOWN WARZAK, et al.,

    Defendants.
    _____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On January 5, 2012, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Plaintiff Antone Reynolds's 42 U.S.C. § 1983 prisoner civil rights complaint be dismissed for failure to prosecute. (Dkt. No. 77.) The R&R was mailed to Plaintiff at his last known address. The R&R was returned to sender, marked "not deliverable as addressed," "unable to forward," and "paroled." (Dkt. No. 78.) No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the R&R (Dkt. No. 77) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** for failure to prosecute.

Dated: January 26, 2012            /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    UNITED STATES DISTRICT JUDGE